# **<u>EXHIBIT B</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
:
THE STANLEY WORKS ISRAEL LTD.    :
f/k/a ZAG INDUSTRIES, LTD.       :
                                 :    Civil Action No.
              Plaintiff,         :    3:17-cv-01765-CSH
v.                               :
                                 :
500 GROUP, INC. and PAOLO        :
TIRAMANI                         :
              Defendants.        :
_____:    JUNE 27, 2018

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANTS'
FIRST SET OF INTERROGATORIES**

Plaintiff, The Stanley Works Israel Ltd. ("Stanley"), hereby responds to the definitions, instructions, and interrogatories contained in defendants' First Set of Interrogatories dated May 8, 2018. Stanley reserves the right to supplement, amend, modify, or correct all or any parts of any response or objection provided herein.

**General Objections**

1.   Stanley objects to the interrogatories to the extent that the defendants seek information subject to the attorney-client privilege, work product immunity, and/or any other privilege or immunity. An objection based on attorney-client privilege, work-product immunity and/or any other applicable privilege or immunity should not be construed as a representation that such information exists or existed. Nothing contained in Stanley's responses is intended to be, or shall be deemed to be, a waiver of any such applicable privilege or immunity.

2.   Stanley objects to defendants' interrogatories to the extent the defendants seek to impose on Stanley obligations beyond those of the Federal Rules of Civil Procedure and/or the



**INTERROGATORY NO. 8:**

Identify all persons with knowledge concerning the payment by Plaintiff to 500 Group

{W2999403;2}                               9

referenced in Paragraph 25 of the Amended Complaint, including, but not limited to persons with knowledge of the facts and circumstances surrounding the claim that Plaintiff "mistakenly omitted to deduct $600,000 from the total…"

**OBJECTION: Stanley objects to this interrogatory to the extent that it asks Stanley to identify all persons with knowledge of a certain fact. To the best of its knowledge, Stanley will identify persons employed by Stanley with such knowledge prior to the contemplation of and filing of this lawsuit.**

**RESPONSE: Theodore Morris, Efrat Fixler, Dalia Mergi, Klara Tunkel, Roni Arie, Tali Waysbort, Dean Albanesi.**





**INTERROGATORY NO. 14:**

Identify the person or persons at Stanley who authorized the wire transfers of funds due under the Settlement Agreement to 500 Group and its representatives.

**RESPONSE: Efrat Fixler and Tali Waysbort**

## VERIFICATION OF INTERROGATORY ANSWERS

I, Myriam Waller, Director of The Stanley Works Israel Ltd., believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2018

*/s/ Myriam Waller*

Myriam Waller

**Myriam Waller**
**SBU Leader**
The Stanley Works Israel **LTD.**

{S7139633}

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was e-mailed and mailed, postage prepaid, on this 27th day of June, 2018 to:

Peter E. Strniste, Jr.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel:  860-275-8200
Fax:  860-275-8299
pstrniste@rc.com

                                          /s/ Brian A. Daley_____
                                          Brian A. Daley