# **EXHIBIT C**

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Stanley Works Israel LTD. f/k/a Zag Industries, LTD.<br><br>                Plaintiff,<br><br>   vs.<br><br>500 Group, Inc. and Paolo Tiramani,<br><br>                Defendants. | Case No. 3:17-cv-01765-CSH |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants, 500 Group, Inc. and Paolo Tiramani, will take the deposition of **Efrat Fixler, at the offices of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103, on Monday, December 10, 2018, at 10:00 a.m.** The deposition will be taken before a certified court reporter or other officer authorized to administer oaths. The deposition shall continue from day-to-day until completed and will be recorded stenographically. The transcript may be used for any and all purposes, including but not limited to use at trial, permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence. You are invited to attend and cross-examine.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, you are commanded to produce all documents or items requested on the attached **Schedule A**, to the extent that you have additional responsive documents that were not previously produced, by **November 15, 2018** to **Peter E. Strniste, Jr., Esq. at Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103**.

-2-

Dated: October 12, 2018

        DEFENDANTS
        500 GROUP, INC. and PAOLO TIRAMANI

By: */s/ Benjamin C. Jensen*
    Peter E. Strniste, Jr. (ct20830)
    pstrniste@rc.com
    Benjamin C. Jensen (ct27198)
    bjensen@rc.com
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT 06103
    Tel: 860-275-8200
    Fax: 860-275-8299

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of October 2018, a copy of the foregoing was served via electronic mail on the following counsel of record:

Peter M. Nolin, Esq.
Brian A. Daley, Esq.
Carmody Torrance Sandak & Hennessey LLP
707 Summer Street
Stamford, CT 06901-1026
pnolin@carmodylaw.com
bdaley@carmodylaw.com

                                    */s/ Benjamin C. Jensen*
                                    Benjamin C. Jensen (ct27198)
                                    Robinson & Cole LLP
                                    280 Trumbull Street
                                    Hartford, CT 06103
                                    Tel: 860-275-8200
                                    Fax: 860-275-8299
                                    Email: bjensen@rc.com

## SCHEDULE A

**Definitions**

1. The terms "<u>you</u>" or "<u>your</u>" shall refer to the deponent, Efrat Fixler.

2. "<u>Plaintiff</u>" shall mean all subsidiaries, affiliates, and predecessors of Stanley Works Israel LTD., f/k/a Zag Industries, LTD.

3. "<u>500 Group</u>" shall mean the defendant, 500 Group, Inc.

4. "<u>Tiramani</u>" shall mean the defendant, Paolo Tirmani,

5. "<u>Settlement Agreement</u>" shall mean the certain Agreement and Mutual Release with an effective date of March 31, 2017, a copy of which is appended to Plaintiff's Amended Complaint in this action as Exhibit A.

6. "<u>Arbitration</u>" shall mean the arbitration proceedings commenced by 500 Group against Plaintiff with the American Arbitration Association, Case No. 01-16-0001-1756.

7. "<u>License Agreements</u>" shall refer collectively to the Product License Agreement dated May 14, 1997, the Product License Agreement dated February 27, 2004, and the Letter Agreement dated January 10, 2007, as described in Paragraph 7 of Plaintiff's Amended Complaint, each entered into between 500 Group and Plaintiff.

8. The terms "<u>communication</u>," "<u>document</u>," "<u>identify</u>," "<u>person</u>," and "<u>concerning</u>" shall have the meanings set forth in L. Civ. R. 26(c).

**Requests for Production**

1. All documents and correspondence in your care, custody or control related to withholding of funds from royalty payments for Israeli tax obligations under the License Agreements.

2. All documents and correspondence in your care, custody or control concerning the dispute(s) between 500 Group and Plaintiff at issue in the Arbitration, including, but not

limited, Plaintiff's sales reporting to 500 Group pursuant to the License Agreements and documents sufficient to verify such reporting.

3. All documents and correspondence in your care, custody or control concerning "the nearly decade-long dispute" between Plaintiff and Tiramani, as described in Paragraph 49 of Plaintiff's Amended Complaint.

4. All documents and correspondence in your care, custody or control concerning the Settlement Agreement, including, but not limited to, communications concerning withholding payments thereunder for payment to the Israeli tax authority.

5. All documents and correspondence in your care, custody or control concerning any proposed modifications to the terms of the Settlement Agreement subject to execution of the same.

6. All documents and correspondence in your care, custody or control concerning communications with the Israeli tax authority with respect to payments made under the Settlement Agreement.

7. All documents and correspondence in your care, custody or control concerning attempts by Plaintiff to recall funds transmitted to 500 Group pursuant to the Settlement Agreement.