# **EXHIBIT J**

# The Stanley Works Israel Ltd.
## Company Profile

## Main Details

Name: The Stanley Works Israel Ltd.
QuickRef: STANWORISR
Country: Israel
Company Number: 52-004298-7
Incorporated: 02/23/1987
Company Type: Private Limited Liability Company
Company Status: Active
Dissolved:

## Primary Addresses

Registered Office: 19 Ha'melacha Street, New Industrial Zone, Rosh Ha'ayin , 48091, Israel

## Professional Advisors

Solicitors: Naschitz Brandes & Co., 5 Tuval Street, Tel-Aviv , 67897, Israel

## Company Records

Register of Members: Naschitz Brandes & Co., 5 Tuval Street, Tel-Aviv , 67897, Israel

## Accounting Dates

| | Last Period End | Current Period End | Last Extended |
|---|---|---|---|
| Accounting Dates: | | | |

## Additional Information

Fiscal Year End:
Tax Year End:
Has Employees?:
Business Purpose:
Successor:
Minute Book Location:
Corporate Seal Location:
Affiliate?:
Domicile:
Region:
Comment:
Status:
Status Date:
Agreement Date:
Termination Date:
Secretariat UDFs:

STAN-0000006

Canadian Fed Num:
Canadian Actvity Class:
Secretariat SubType:
Entity number used by Corp Tax Dept:
Patent Resolution: X
Business Division: No Selection
Responsible:
Email Address for Workflow:
HFM Codes Making Up Legal Entity:
Audit Opinion: Qualified
Statutory Auditor: EY
Date last accounts required:
Date last accounts filed:
Year of Last Annual Accounts Filed:
Date next accounts:
Year annual accounts uploaded:
Date last annual return required:
Year of Last Annual Return Filed:
Date last annual return filed:
Date of next annual return:
US GAAP Audit Required:
Statutory Audit Required ?:
Company Name:
Not, Directly or Indirectly, 100% owned by SBD :
State Identification Number:
Governing Law:
Merge Quick Reference: STANWORISR
US GAAP Auditor: EY
Tax Advisor:
Global Tools & Storage (Primarily) :
St. Louis County, MO Compliance Officer:

## Past Names

| From Date | Up To Date | Name |
|---|---|---|
| 08/27/1996 | 06/17/2009 | Z.A.G. Industries Ltd. |
| 02/23/1987 | 08/27/1996 | Z.A.G. Project Development Ltd. |

## Appointments

### Board Positions

| Name | QuickRef | Position | Appointed |
|---|---|---|---|

| Name | QuickRef | Position | Appointed |
|---|---|---|---|
| Adinolfi, Jon Michael | ADINOLF-JM | Director | 03/18/2015 |
| Bartone, Michael A. | BARTONE-MA | Director | 11/14/2006 |
| Waller, Myriam | WALLER-M | Director | 03/18/2015 |

## Officers

| Name | QuickRef | Position | Appointed |
|---|---|---|---|
| Bar, Ronen | BAR-R | Assessing Officer | Unknown |
| Fixler, Efrat | FIXLER-E | Assessing Officer | Unknown |

## Other Signatories

| Name | QuickRef | Position | Appointed |
|---|---|---|---|
| Douglas, Craig Argyle | DOUGLAS-CA | Banking Signatory - Group A | 01/22/2015 |
| Torello, Catherine S. | ENNIS-CS | Banking Signatory - Group A | 01/22/2015 |
| Fixler, Efrat | FIXLER-E | Banking Signatory - Group B | 01/22/2015 |
| Mergi, Dalia | MERGI-D | Banking Signatory - Group C | 01/22/2015 |
| Waller, Myriam | WALLER-M | Banking Signatory - Group B | 01/22/2015 |
| Waysbort, Tali | WAYSBORT-T | Banking Signatory - Group C | 01/22/2015 |

## Past Appointments

| Name | QuickRef | Position | Appointed | Resigned |
|---|---|---|---|---|
| Beatt, Bruce Harry | BEATT-BH | Director | 01/01/2003 | 03/18/2015 |
| Carmeli, Esti | CARMELI-E | Director | 05/02/2007 | 03/18/2015 |

## Share Classes

### Capital

**New Israeli Sheqel (ILS)**

| Class Name | Nominal Value | Authorised Capital | Issued Capital | Capital Weighting |
|---|---|---|---|---|
| Ordinary, Restricted | ILS0.01 | ILS90,300,000.00 | ILS43,268,052.62 | 100.000% |
| | **Total Capital** | ILS90,300,000.00 | ILS43,268,052.62 | |

### Shares

**New Israeli Sheqel (ILS)**

| Class Name | Nominal Value | Authorised Shares | Issued Shares | Votes Per Share | Voting Weighting |
|---|---|---|---|---|---|
| Ordinary, Restricted | ILS0.01 | 9,030,000,000 | 4,326,805,262 | 1 | 100.000% |
| | **Total Shares** | 9,030,000,000 | 4,326,805,262 | | |

## Corporate Relationships (Legal Capital Structure)

| From | To | % From | Description | Control |
|---|---|---|---|---|

| The Stanley Works Israel Ltd. (Holding Company) | Zag USA, Inc. (Subsidiary Company) | 100.000% | 07/05/1998 | The Stanley Works Israel Ltd. is the Sole Shareholder | By Shares |

## Shareholders

### ILS0.01 Ordinary, Restricted shares

| Name | QuickRef | Shares Held | % of Class | Voting % | Capital % |
|---|---|---|---|---|---|
| Stanley Israel Investments B.V. | STANISINBV | 4,326,805,262 | 100.000% | 100.000% | 100.000% |
| | Total Allotted | 4,326,805,262 | | | |

## Shareholdings

| Company and Class | QuickRef | Shares Held | Overall % |
|---|---|---|---|
| Z.A.G. Operation (Assets) Ltd. (being liquidated) ILS1.00 Ordinary | ZAGOA | 100 | 100.000% |
| Z.A.G. Project Development - Marketing Israel Co., Ltd. (being liquidated) ILS1.00 Ordinary | ZAGPDMI | 100 | 100.000% |
| ZAG (UK) Limited £1.00 Ordinary | ZAGUK | 1,000 | 100.000% |
| Zag USA, Inc. US$ Common | ZAGUSA | 10 | 100.000% |

## *** Conversion DLs ***

## Narratives

| Date | Reminder | Status | Summary |
|---|---|---|---|
| 06/30/2011 | | | Effective Date:<br>Expiration Date:<br>Type: CONTACT<br>Description: Co. Audit Help<br>Body: (see below)<br><br>Uri Eger<br>Naschitz, Brandes & Co., Advocates<br>5 Tuval Street, Tel-Aviv 67897, Israel<br>Direct dial: +972-3-623-5022<br>Direct fax: +972-3-623-5106<br>E-mail: ueger@nblaw.com<br>www.nblaw.com |