# **EXHIBIT K**



-----Original Message-----
From: Fixler, Efrat
Sent: Tuesday, April 11, 2017 5:22 PM
To: Morris, Theodore <███████████████>; hamid███████████
Cc: Albanesi, Dean <D███████████████>; Miller, Siobhan <S███████████████>
Subject: RE: DOC141218124047(0001).pdf

Hello Hamid,

Please let me introduce myself. I am The Finance Manager at The Stanley Works Israel.
As Ted mentioned below, we need a similar form attached by Ted updated by E&Y for current year and amount

Please fill free to contact me should you have any question.

Regards,

Efrat Fixler
Finance Manager
The Stanley Works Israel Ltd
Phone - 972-50-8771663
www.stanleyblackanddecker.com





On Tue, Aug 1, 2017 at 1:10 AM, Fixler, Efrat <██████████████████> wrote:

> Paolo, Hamid,
>
> I must admit that I am shocked to realize that you are ignoring my requests to repay our $600K.
> Please make sure to wire the funds by the end of this week. We must pay this amount to the Israeli Tax Authorities ASAP.
>
> Thanks,
> Efrat



**From:** Fixler, Efrat
**Sent:** Tuesday, June 27, 2017 8:52 AM
**To:** 'Paolo Tiramani' <████████████████>
**Cc:** Hamid████████████████; Mergi, Dalia <████████████████>
**Subject:** RE: $4M incorrect transfer - 500GROUP Settlement

Hi Paolo,

Whatever works for you. It's fine to wire us just the $600K.
Please do so as soon as possible

Thanks,
Efrat


**From:** Paolo Tiramani [mailto:████████████████]
**Sent:** Tuesday, June 27, 2017 5:20 AM
**To:** Fixler, Efrat <████████████████>
**Cc:** Hamid████████████████; Mergi, Dalia <████████████████>
**Subject:** Re: $4M incorrect transfer - 500GROUP Settlement

Hi Efrat
Do you want the $4mm back or $600k you have asked for both.
Regards - Paolo

Sent from my phone

Paolo Tiramani
Founder




www.500group.com
www.supercarsystem.com


500 Group

STAN-0000189