# **EXHIBIT M**

# Jensen, Benjamin C.

| | |
|---|---|
| **From:** | Jensen, Benjamin C. |
| **Sent:** | Wednesday, March 27, 2019 12:41 PM |
| **To:** | Brian A. Daley (BDaley@carmodylaw.com) |
| **Cc:** | Strniste, Jr., Peter E. |
| **Subject:** | RE: SBD v. 500 Group |
| **Attachments:** | RE: The Stanley Works Israel Ltd. v. 500 Group, Inc. et al. |

Brian,

Thank you for providing this additional information regarding the depositions of witnesses located in Israel. We have reviewed the Global Delegation of Authority documents provided, which appear to address which individuals have ultimate authority over various matters as to StanleyBlack & Decker's global operations. We disagree that this information establishes that the witnesses at issue do not qualify as a "managing agent" of Stanley Works Israel Ltd. (the named plaintiff) pursuant to the five factor test set forth in *Sugarhill Records v. Motown Record Corp.*, 105 F.R.D. 166 (S.D.N.Y. 1985). As detailed in Attorney Strniste's letter to you dated January 23, 2019, there is significant evidence in the record that these individuals were directly involved on behalf of the Plaintiff in connection with the subject matter of this dispute and that they exercised judgment and discretion in corporate matters in such interactions.

Accordingly, Defendants reiterate their request that these individuals be made available for deposition in Connecticut. Alternatively, as discussed during our call on February 8th, Defendants request that Plaintiff agree to bear the costs of taking these depositions in Israel (*see* cases cited in my 2/8/2019 email attached).

To the extent Plaintiff is not willing to agree to either alternative, we expect that Plaintiff will seek a protective order from the Court. Please let me know if further discussion would be helpful to resolving this dispute.

Thanks,
Ben Jensen

---

**From:** Brian A. Daley [mailto:BDaley@carmodylaw.com]
**Sent:** Tuesday, March 12, 2019 11:08 AM
**To:** Jensen, Benjamin C.
**Subject:** SBD v. 500 Group

Ben,

Further to our discussions regarding the Israeli witnesses, attached is a zip containing three Global Delegation of Authority which were in place for the first three quarters of 2017. These documents confirm that the three Israeli witnesses you have noticed are not officers, directors or managerial agents, as two do not appear at all and Ms. Fixler has very limited authority in very narrow areas, none of which are relevant to the parties' dispute.

Please note that we are designating these materials CONFIDENTIAL pursuant to the Court's Standing Protective Order (Doc. 4), but are producing them in native format for ease of reference.

Finally, I note that you withheld documents pending entry of a confidentiality order, apparently not appreciating the Standing Order that is in place. Please produce those documents, designated as you deem appropriate, at your earliest convenience.

Brian

**Brian A. Daley** | Bio
**Carmody Torrance Sandak & Hennessey LLP**
707 Summer St | Stamford, CT 06901-1026
Direct: 203-252-2683| Fax: 203-325-8608
BDaley@carmodylaw.com | www.carmodylaw.com

---------------------------
This electronic message contains information from Carmody Torrance Sandak & Hennessey LLP, or its attorneys, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at 203-573-1200 or at the reply email address. For more information about Carmody Torrance Sandak & Hennessey LLP, please go to http://www.carmodylaw.com
---------------------------

2