# **EXHIBIT B**

## Letter Agreement

This Letter Agreement, effective on the date last executed by the parties below, is by and between 500 Group, Inc., a New York Corporation ("Licensor"), and ZAG Industries Ltd., an Israeli Corporation ("Licensee").

*Recitals*

Licensor and Licensee are parties to a Product License Agreement effective May 14, 1997 ("Product License Agreement");

Certain disputes have arisen between the parties respecting that Product License Agreement; and

The parties now wish to resolve those disputes on the following terms:

*Terms*

1. Licensee shall pay Licensor the sum of Seven Hundred and Ninety Thousand United States Dollars (U.S. $790,000), less applicable Israeli withholding tax, on the effective date of this Letter Agreement, payable by check.

2. Upon receipt of the payment referred to in paragraph 1 above, Licensor shall release Licensee from any and all claims for technical assistance rendered and expenses incurred prior to March 31, 2006, and for amounts claimed to be due under the Product License Agreement through March 31, 2006 for the products listed by SKU in Exhibit A hereto. This release applies to all products listed in Exhibit A, irrespective of whether such products are listed or not in Exhibits B or D.

3. A two percent (2%) royalty will be due for the products listed by SKU in Exhibit B hereto, payable in accordance with the terms of the Product License Agreement, for all sales made on or after April 1, 2006.

4. The parties agree that for purposes of complying with paragraph 7 of the Product License Agreement, Licensee shall mark licensed products as follows: (a) all licensed products shall be identified as such on the product and its packaging; (b) on the packaging, the legend shall be on both the primary carton and the outer carton, in no smaller font than nine (9) point type, stating, "Under License from www.500group.com"; and (c) on the product, such legend shall be sited on the base of the product, and must be legibly molded into the plastic. Licensee shall implement the foregoing requirements within ten (10) months of the effective date of this Letter Agreement using permanent mold markings and print, and in any event within ninety (90) days of the effective date of this letter agreement using adhesive stickers.

5. The parties agree that for purposes of complying with the reporting requirements of paragraph 9 of the Product License Agreement, reports in the form set forth in Exhibit C hereto are acceptable, subject to an audit right by Licensor under paragraph E of the Product License Agreement.

6. Except as provided herein, the Product License Agreement shall remain in full force and effect, and royalties for sales of licensed products made following April 1, 2006 should be paid in accordance with its terms. For the avoidance of doubt, the products listed by SKU in Exhibit D are products subject to license under the Product License Agreement at the royalty rate stated therein.

7. Upon receipt of the payment referred to in paragraph 1 above, Licensor covenants not to sue Licensee for royalties claimed to be due after April 1, 2006 under the Product License Agreement for those specific products listed by SKU in Exhibit A. This covenant shall not apply to any products listed in Exhibits B and/or D, as to which royalties shall continue to be due (even if listed in Exhibit A).

Signed,

500 Group, Inc.                                    ZAG Industries, Inc.

By:_____                          By:_____
   Paolo Tiramani                                     Michael A. Bartone, Director

Date: 1/10/07                                      Date: 1/4/06

# Exhibit A

rolling work shop

19603  ROLLING WORKSHOP XL 3 in 1
19503  ROLLING WORKSHOP XL 3 in 1 with Cable Reel
19500  ROLLING WORKSHOP 3 in 1 with Cable Reel
19600  ROLLING WORKSHOP 3 in 1
18700  ROLLING ROBOX

metal rolling work shop

20612  METAL RWS XL
20602  METAL ROLLING WORKSHOP XL
20622  METAL RWS XL GALV.
20626  MRW XL galvanized with bin sys
20502  METAL ROLLING WORKSHOP
20505  MRWS 2 IN 1
20501  COMPACT METAL ROLLING WORKSHOP

mobile Work center

18600  MOBILE WRK(NEW)
18601  MOBILE WORK CENTER WITH FRONT
18602  MOBILE WRK CEN-HANDLE PLASTIC
18603  MOB.WRK CEN-MET.SIDE LAT+P.HAN
18505  MOBILE WRK CEN-RWS METAL LATCH
18500  MOBILE WORK CENTER 4 IN 1

bonus rws

60729  BONUS 18600+13010
60727  BONUS 19503+14001X3
60753  BONUS 18500+4 SCREW
60788  BONUS 18500 + 13111
60826  BONUS 18700+13010

metal mobile toolchest + toolbox

60689  BONUS METAL CONTRACTOR+TOO.BOX
60705  BONUS METAL CONT.GALV.+TOO.BOX
60728  BONUS 33200+23203
60828  BONUS 18600+13010+14009

metal / plastic Toolbox

20201  20" METAL TOOL BOX
23201  23" METAL TOOL BOX
26201  26" METAL TOOL BOX
26205  26" METAL TOOL BOX  W/ SAW GROOVE
20205  20" METAL TOOL BOX  W/ SAW GROOVE

23205  23" METAL TOOL BOX W/ SAW GROOVE
20105  20" METAL TOOL BOX W/PLASTIC L
23105  23" METAL TOOL BOX W/PLASTIC L
26105  26" PROFESSIONAL TOOL BOX W/24
26315  26"METAL TOOL BOX
23200  23" STAINLESS STEEL TOOL BOX
26200  26" STAINLESS STEEL TOOL BOX
20108  20" METAL TOOL BOX YEL SILV/BL
20109  20"MET.TB FLAG BLK/WHITE/RED/GREEN WORLD CUP
20116  20"METAL TOOL BOX GALVANIZED
20119  20"Galvanized t.b w/g top ga/b
20200  20" STAINLESS STEEL TOOL BOX METAL/BLACK
20201  TOOL BOX MRWS SAMPLE YELLOW/BLACK
20202  TOOL BOX MRWS SAMPLE YELLOW/BLACK GALV TOP
20210  TOOL BOX MRWS SAMPLE YELLOW/BLACK GALV TOP
20211  20"TOOL BOX WITH 4"DRAWER SY.Y/BL
20215  20"TOOL BOX WITH 4"DRAWER BLACK/YELLOW
23110  23"METAL TOOL BOX SILVER(GW)
23116  23"METAL TOOL BOX GALVAN/BLK
23119  23"Galv.tool box w/g top gal/b
23136  23"METAL T.BOX ARMY CAMOU/BLK
23275  23" METAL TOOL BOX METAL/BLACK
26109  26"MET.TB FLAG BLK/WHITE/RED WORLD CUP
26116  26"METAL TOOL BOX GALV/BLK
26119  26"Galvanized tool box w/g top
60737  BONUS 20105+2x14003+TOOLS Y/BL
60750  BONUS 20105+MECH.TOOLS YEL/BLK

nested toolbox

19301  19" TOOL BOX W/TRAY
19302  19"T.BOX NESTED WITHOUT TRAY

metal mobile toolchests*

33200
33201
33211

metal garage workshop*

714201
718002
718202
718211
718030
718201
777001
777002
777004


* The SKU's listed here are not exclusive, as other SKU's that Stanley has introduced or will introduce that are of a similar nature and are also subject to the release.

## Exhibit B

metal / plastic Toolbox

```
20201  20" METAL TOOL BOX
23201  23" METAL TOOL BOX
26201  26" METAL TOOL BOX
26205  26" METAL TOOL BOX  W/ SAW GROOVE
20205  20" METAL TOOL BOX  W/ SAW GROOVE
23205  23" METAL TOOL BOX  W/ SAW GROOVE
20105  20" METAL TOOL BOX W/PLASTIC L
23105  23" METAL TOOL BOX W/PLASTIC L
26105  26" PROFESSIONAL TOOL BOX W/24
26315  26"METAL TOOL BOX
23200  23" STAINLESS STEEL TOOL BOX
26200  26" STAINLESS STEEL TOOL BOX
20108  20" METAL TOOL BOX YEL SILV/BL
20109  20"MET.TB FLAG BLK/WHITE/RED/GREEN WORLD CUP
20116  20"METAL TOOL BOX GALVANIZED
20119  20"Galvanized t.b w/g top ga/b
20200  20" STAINLESS STEEL TOOL BOX METAL/BLACK
20201  TOOL BOX MRWS SAMPLE YELLOW/BLACK
20202  TOOL BOX MRWS SAMPLE YELLOW/BLACK GALV TOP
20210  TOOL BOX MRWS SAMPLE YELLOW/BLACK GALV TOP
20211  20"TOOL BOX WITH 4"DRAWER SY.Y/BL
20215  20"TOOL BOX WITH 4"DRAWER BLACK/YELLOW
23110  23"METAL TOOL BOX SILVER(GW)
23116  23"METAL TOOL BOX GALVAN/BLK
23119  23"Galv.tool box w/g top gal/b
23136  23"METAL T.BOX ARMY CAMOU/BLK
23275  23" METAL TOOL BOX METAL/BLACK
26109  26"MET.TB FLAG BLK/WHITE/RED WORLD CUP
26116  26"METAL TOOL BOX GALV/BLK
26119  26"Galvanized tool box w/g top
60737  BONUS 20105+2x14003+TOOLS Y/BL
60750  BONUS 20105+MECH.TOOLS YEL/BLK
```

## Exhibit C

| ProductCategory | Product Group | Style | Payer Name | Year | | Sept 2006 | |
|---|---|---|---|---|---|---|---|
| | | | | Inv Qty | Net | Royalty | $ Amount |
| BONUS | MOBILE CHEST | 060689 | STANLEY BELGIUM | 450 | 18,347 | 5% | |
| BONUS | MOBILE CHEST | 060689 | STANLEY WORKS(EUR)AG | 387 | 15,778 | 5% | |
| BONUS | METAL TOOL BOX | 060737 | WAL-MART STORES INC | 4,691 | 68,038 | 2% | |
| BONUS | METAL TOOL BOX | 060737 | Orgill, Inc. | 32 | 743 | 2% | |
| BONUS | METAL TOOL BOX | 060737 | STANLEY LATIN AMERIC | 12 | 162 | 2% | |
| BONUS | METAL TOOL BOX | 060737 | ZAG USA | 1 | 14 | 2% | |
| RWS | R.W.S | 018500 | STANLEY BELGIUM | 774 | 12,972 | 5% | |
| RWS | R.W.S | 018500 | מ"עב וקנטס | -23 | -406 | 5% | |
| RWS | R.W.S | 018505 | STANLEY BELGIUM | 2,288 | 41,642 | 5% | |
| RWS | R.W.S | 018600 | WAL-MART STORES INC | -16 | -289 | 5% | |
| RWS | R.W.S | 018600 | STANLEY BELGIUM | 290 | 4,675 | 5% | |
| RWS | R.W.S | 018600 | STANLEY FRANCE | 400 | 6,448 | 5% | |
| RWS | R.W.S | 018600 | STANLEY UK SERVICES | 336 | 5,416 | 5% | |
| RWS | R.W.S | 018600 | STANLEY AUSTRALIA | 456 | 7,351 | 5% | |
| RWS | R.W.S | 018600 | מ"עב וקנטס | -4 | -70 | 5% | |
| RWS | R.W.S | 018601 | HOME DEPOT USA | 10,388 | 177,136 | 5% | |
| RWS | R.W.S | 018602 | WAL-MART STORES INC | 12,349 | 185,766 | 5% | |
| RWS | R.W.S | 018602 | Orgill, Inc. | 16 | 422 | 5% | |
| RWS | R.W.S | 018602 | STANLEY LATIN AMERIC | 38 | 563 | 5% | |
| RWS | R.W.S | 018700 | STANLEY TOOLS SRL | 624 | 10,957 | 5% | |
| RWS | R.W.S | 019603 | STANLEY BELGIUM | 1,872 | 54,513 | 5% | |
| RWS | R.W.S | 019603 | STANLEY FRANCE | 226 | 6,581 | 5% | |
| RWS | R.W.S | 020622 | STANLEY BELGIUM | 484 | 27,651 | 5% | |
| RWS | R.W.S | 020626 | HOME DEPOT USA | 8,094 | 419,213 | 5% | |
| RWS | R.W.S | 020626 | STANLEY FRANCE | 170 | 9,442 | 5% | |
| RWS | R.W.S | 020626 | HOME DEPOT CANADA | 199 | 10,307 | 5% | |
| RWS | R.W.S | 020626 | HOME DEPOT SUPPLY | 34 | 2,617 | 5% | |
| RWS | R.W.S | 020626 | Orgill, Inc. | 6 | 513 | 5% | |
| RWS | R.W.S | 020626 | מ"עב וקנטס | -3 | -40 | 5% | |
| TB | NESTED LINE | 019301 | STANLEY BOSTICH | 8,184 | 33,718 | 3% | |
| TB | MOBILE CHEST | 060705 | STANLEY BELGIUM | 387 | 14,559 | 5% | |
| TB | METAL TOOL BOX | 020105 | STANLEY BELGIUM | 288 | 3,231 | 2% | |
| TB | METAL TOOL BOX | 020105 | STANLEY FRANCE | 600 | 6,732 | 2% | |
| TB | METAL TOOL BOX | 020108 | TARGET NORTHERN OPER | 1,816 | 24,185 | 2% | |
| TB | METAL TOOL BOX | 020108 | Orgill, Inc. | 32 | 547 | 2% | |
| TB | METAL TOOL BOX | 020108 | STANLEY LATIN AMERIC | 80 | 787 | 2% | |
| TB | METAL TOOL BOX | 020116 | STANLEY BELGIUM | 462 | 4,722 | 2% | |
| TB | METAL TOOL BOX | 020116 | HOME DEPOT CANADA | 96 | 1,070 | 2% | |
| TB | METAL TOOL BOX | 020116 | מ"עב וקנטס | 71 | 756 | 2% | |
| TB | METAL TOOL BOX | 020200 | STANLEY WORKS JAPAN | 780 | 15,038 | 2% | |

| TB | METAL TOOL BOX | 020201 | STANLEY BELGIUM | 396 | 5,805 | 2% |
|----|----------------|--------|-----------------|-----|-------|-----|
| TB | METAL TOOL BOX | 020202 | מ"עב וקנטס | 144 | 1,910 | 2% |
| TB | METAL TOOL BOX | 023105 | STANLEY UK SERVICES | 624 | 7,706 | 2% |
| TB | METAL TOOL BOX | 023110 | WAL-MART STORES INC | -4 | -58 | 2% |
| TB | METAL TOOL BOX | 023116 | מ"עב וקנטס | -2 | -24 | 2% |
| TB | METAL TOOL BOX | 023201 | STANLEY BELGIUM | 276 | 4,496 | 2% |
| TB | METAL TOOL BOX | 023201 | STANLEY UK SERVICES | 216 | 3,519 | 2% |
| TB | METAL TOOL BOX | 023201 | STANLEY TOOLS SRL | 150 | 2,444 | 2% |
| TB | METAL TOOL BOX | 026105 | STANLEY BELGIUM | 198 | 2,515 | 2% |
| TB | METAL TOOL BOX | 026116 | STANLEY BELGIUM | 4,590 | 52,923 | 2% |
| TB | METAL TOOL BOX | 026116 | STANLEY UK SERVICES | 837 | 9,651 | 2% |
| TB | METAL TOOL BOX | 026116 | מ"עב וקנטס | -2 | -24 | 2% |
| TB | METAL TOOL BOX | 026201 | STANLEY BELGIUM | 204 | 3,509 | 2% |

## Exhibit D

rolling work shop

19603  ROLLING WORKSHOP XL 3 in 1
19503  ROLLING WORKSHOP XL 3 in 1 with Cable Reel
19500  ROLLING WORKSHOP 3 in 1 with Cable Reel
19600  ROLLING WORKSHOP 3 in 1
18700  ROLLING ROBOX

metal rolling work shop

20612  METAL RWS XL
20602  METAL ROLLING WORKSHOP XL
20622  METAL RWS XL GALV.
20626  MRW XL galvanized with bin sys
20502  METAL ROLLING WORKSHOP
20505  MRWS 2 IN 1
20501  COMPACT METAL ROLLING WORKSHOP

mobile Work center

18600  MOBILE WRK(NEW)
18601  MOBILE WORK CENTER WITH FRONT
18602  MOBILE WRK CEN-HANDLE PLASTIC
18603  MOB.WRK CEN-MET.SIDE LAT+P.HAN
18505  MOBILE WRK CEN-RWS METAL LATCH
18500  MOBILE WORK CENTER 4 IN 1

bonus rws

60729  BONUS 18600+13010
60727  BONUS 19503+14001X3
60753  BONUS 18500+4 SCREW
60788  BONUS 18500 + 13111
60826  BONUS 18700+13010

Metal mobile toolchest + toolbox

60689  BONUS METAL CONTRACTOR+TOO.BOX
60705  BONUS METAL CONT.GALV.+TOO.BOX
60728  BONUS 33200+23203
60828  BONUS 18600+13010+14009