# **<u>EXHIBIT D</u>**

**From:** "Morris, Theodore" <
**Date:** March 29, 2017 at 1:29:14 PM EDT
**To:** Paolo Tiramani <tiramani@500group.com>, "hamidfiroonzia@aol.com"
<hamidfiroonzia@aol.com>
**Subject: Israel withholding tax -- confidential for settlement purposes only**

Paolo and Hamid –

We hit a snag as we were getting ready to consummate this deal.  I was recently advised of
the Israeli withholding tax that has to be withheld from the royalty payment portion of this
settlement.  Were you aware that Stanley Israel would have this obligation with respect to
the $4MM prepaid royalties?  (The obligation is either 25% or 15% -- depending on what we
can get approved by our auditors.)

In any event, I am having calls with our tax and accounting folks (some today, another
tomorrow) to try to get my arms around this.  I suspect that I will want to have a call with
Hamid and our VP of Tax (Mike Bartone) tomorrow, in the afternoon, to hopefully arrive at a
solution to this issue.

Hamid – are you available to talk tomorrow afternoon?

Apologies for the snag and know that I'm trying to solve the problem.

Best regards,

Ted

Theodore C. Morris
Assistant General Counsel & Assistant Secretary
Stanley Black & Decker, Inc. | 701 E. Joppa Road | Towson, MD  21286
(410) 716-2563 (office) | (410) 716-2660 (fax)
tcd.morris@sbdinc.com



Plaintiff's
6/24/2020 JB
Hamid Firooznia
**Exhibit 4**

STAN-0000391