# **EXHIBIT 3**

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF CONNECTICUT

 3
       STANLEY WORKS ISRAEL, LTD, f/k/a    :
 4     ZAG INDUSTRIES, LTD,                :
                                           :
 5              Plaintiff,                 : CASE NO.:
                                           : 3:17-CV-01765-CSH
 6         v.                              :
                                           :
 7     500 GROUP, INC., and PAOLO          :
       TIRAMANI,                           :
 8                                         :
                Defendants.                :
 9     _____

10

11         DEPOSITION OF TALI WAYSBORT, taken in

12   accordance with the Connecticut Practice Book at the

13   law offices of Robinson & Cole, 1055 Washington

14   Boulevard, Floor 10, Stamford, Connecticut, before

15   Mercedes Marney-Sheldon, CT-LSR #530, a Registered

16   Professional Reporter and Notary Public, in and, for

17   the State of Connecticut on Thursday, January 23,

18   2020, at 12:07 p.m.

19

20

21

22

23

24

25
```

```
 1      Q.    45?
 2      A.    50, maybe.  I'm not sure.
 3      Q.    Okay.  What does Stanley Works Israel
 4   do?
 5      A.    We develop and manufacturing of storage.
 6      Q.    What type of storage?
 7      A.    Toolboxes, sawhorses --
 8            (Clarification requested by the Court
 9        Reporter.)
10            THE WITNESS:  Toolboxes, sawhorses, soft
11      bags -- mostly.
12   BY MR. JENSEN
13      Q.    During the -- you've been with the
14   company for seven years?
15      A.    Yeah.
16      Q.    Okay.  Has it been known as Stanley
17   Works Israel that whole time?
18      A.    Yes.
19      Q.    Do you understand that it, at one time,
20   was known as Zag Industries?
21      A.    Yes.
22      Q.    Do you know how long ago that was?
23      A.    I believe they change it in -- I'm not
24   sure.
25      Q.    Okay.  That's fine.
```

```
 1                   Other than the office in -- Rosh
 2   Ha'Ayin --
 3        A.    Yes.
 4        Q.    Other than the office in Rosh Ha'Ayin,
 5   are there other physical locations that Stanley
 6   Works Israel has?
 7        A.    Yes.  We have three plants.  Now we have
 8   three plants.
 9        Q.    Where are those other plants located?
10        A.    Okay.  It's going to be hard.
11              Carmiel, C-A-R-M-I-E-L.  Migdal Haemek,
12   M-I-G-D-A-L.  And another word H-A-E-M-E-K.
13              We have two in Migdal Haemek.
14        Q.    And are those manufacturing plants?
15        A.    Yes.
16        Q.    Is there any manufacturing done at your
17   location in Rosh Ha'Ayin?
18        A.    No.  No.
19        Q.    So what sort of -- is it just front
20   office people in Rosh Ha'Ayin?
21        A.    It's the development and -- on the R&D.,
22   and all the back offices, IT, finance and...
23        Q.    Does Stanley Works Israel have any
24   locations outside of Israel?
25        A.    Not to my knowledge.
```

```
 1                   C E R T I F I C A T E

 2

 3   STATE OF CONNECTICUT  )

 4                         ) ss.:

 5   COUNTY OF FAIRFIELD   )

 6

 7        I, MERCEDES MARNEY-SHELDON, Court Reporter and

 8   Notary Public within and for the state of Connecticut,

 9   do hereby certify:

10        That TALI WAYSBORT, the witness whose deposition

11   is hereinbefore set forth, was duly sworn by me, and

12   that such deposition is a true record of the testimony

13   given by the witness.

14        I further certify that I am not related to any of

15   the parties to this action by blood or marriage, and

16   that I am in no way interested in the outcome of this

17   matter.

18        IN WITNESS WHEREOF, I have here unto set my hand

19   this 23rd day of January, 2020.

20

21
     _____
22   Mercedes Marney-Sheldon - Shorthand Reporter
     Notary Public - State of Connecticut
23   Account Number: 167303
     Date Appointed:  08/07/2014
24   Expiration Date:  08/31/2023

25
```