# EXHIBIT 4

```
 1          UNITED  STATES  DISTRICT  COURT
                DISTRICT  OF  CONNECTICUT
 2

 3

 4

            - - - - - - - - - - - - - - X
 5     THE STANEY WORKS ISRAEL LTD. ) CIVIL ACTION NO.
                                     )
 6         Plaintiff,               ) 3:17-CV-01765-CSH
                                     )
 7     v.                           )
                                     )
 8     500 GROUP, INC. and,         )
            PAOLO TIRAMANI,         )
 9                                   )
           Defendants.              )
10     - - - - - - - - - - - - - - - X

11

12

13

14          WEB-BASED VIDEOTAPED DEPOSITION OF:
            HAMID FIROOZNIA
15          DATE:  JUNE 24, 2020
            HELD VIA WEB-BASED VIDEO CONNECTION
16

17

18

19

20
        Reporter:  JOHN C. BRANDON, RPR, LSR #0002
21              BRANDON LEGAL TECH LLC
                37 PINNACLE MOUNTAIN ROAD
22               SIMSBURY, CT 06070
                  (860) 528-2244
23              john@brandonlt.com

24

25
```

1    company.  That's what, the way that in the

2    negotiations I think Paolo told me he's the vice

3    president of the company.  That's what I

4    understood.

5        Q    Okay.  Do you recall which company?  Was

6    it the Israeli company, or was it Stanley Works

7    in the United States?

8        A    I don't recall which one.  I didn't

9    differentiate it between the two.

10            I thought he's one or is the other.  I

11   thought that the -- what I thought may be wrong,

12   but that's what I thought.  He's related to the

13   company either way.

14       Q    Had you met him in connection with the

15   discussions leading up to the signature of

16   exhibit one, the agreement and mutual release?

17       A    Yes.  As I said, one day we had a meeting

18   in Manhattan that I think, about the last day of

19   the negotiations, with his lawyer in Manhattan

20   office.

21           And I met Ted there from that day, yes.

22   That's the only day I believe I met him.

23       Q    Had you had --

24       A    And end of February, I guess, around end

25   of February.

1    credit, what benefit to them?

2        Q    (By Mr. Nolin)  But it was in 500 Group's

3    interest to have withholding reduced from 25

4    percent to 15 percent?

5                    MR. STRNISTE:  Objection.

6                    THE WITNESS:  As a general rule, now

7    to look to see if you want to take that credit,

8    that withholding as a credit, or you want to take

9    that as a deduction, a deduction against the

10   income.

11       Therefore if you take it as a credit

12   doesn't matter.

13       Q    (By Mr. Nolin)  Okay.  Did you say

14   anywhere in any writing to Stanley that you

15   didn't care whether withholding was 15 or 25

16   percent because you might get a benefit on your

17   taxes in the United States?

18                   MR. STRNISTE:  Objection.

19                   THE WITNESS:  No, because at that

20   time we didn't believe that is our obligation to

21   deduct it from our ten million dollars.

22       Q    (By Mr. Nolin)  Did you say that anywhere

23   in writing?

24       A    No.

25       Q    Why not?

The Stanley Works Israel Ltd., et al v. 500 Group, Inc., et al

1  Group did not want them to withhold 25 percent,

2  correct?

3      A    500 Group, 500 Group did not mention that

4  at all on that, that they wanted to withhold, not

5  to withhold the money, because they thought that

6  money come straightforward to them.

7      Q    (By Mr. Nolin)  Well, Mr. Morris has

8  repeatedly said he's going to deduct the amount

9  of the withholding, correct?

10              MR. STRNISTE:   Objection.

11              THE WITNESS:   Yes.

12     Q    (By Mr. Nolin)  And, he said "I either

13  have to withhold 25 percent or 15 percent,"

14  correct?

15              MR. STRNISTE:   Objection.

16              THE WITNESS:   Yes.

17     Q    (By Mr. Nolin)  And 500 Group did not want

18  withholding of 25 percent, correct?

19              MR. STRNISTE:   Objection.

20              THE WITNESS:   500 Group didn't want

21  to be withholding on anything.

22     Q    (By Mr. Nolin)  Well, again, is there any

23  response from 500 Group, either you or Mr.

24  Tiramani, saying we don't care, it's -- you're

25  going to pay it so we don't care what amount.

The Stanley Works Israel Ltd., et al v. 300 Group, Inc., et al

Hamid Firooznia                                                Job Date:6/24/2020

```
 1              C E R T I F I C A T E.
 2       I, JOHN C. BRANDON, a Notary Public duly
 3   commissioned and qualified in and for the State
 4   of Connecticut, do hereby certify that pursuant
 5   to notice there came before me on the 24th day of
 6   June, 2020 the following-named person to wit:
 7   Hamid Firooznia, who was by me duly sworn to
 8   testify to the truth and nothing but the truth;
 9   that he was thereupon carefully examined upon his
10   oath and his examination reduced to writing by
11   me; that this deposition is a true record of
12   the testimony given by the witness.
13          I further certify that I am neither
14   attorney nor counsel for nor related to nor
15   employed by any of the parties to the action in
16   which this deposition is taken, and further that
17   I am not a relative or employee of any attorney
18   or counsel employed by the parties hereto, or
19   financially interested in this action.
20          IN WITNESS THEREOF, I have hereunto set my
21   hand this 5th day of July, 2020.
22
23                  John Brandon
24
25   John C. Brandon, RPR and Notary Public
     My Commission Expires: January 31, 2021
```