# **EXHIBIT 5**

**From:** Paolo Tiramani [tiramani@500group.com]
**Sent:** Tuesday, March 28, 2017 7:22 AM
**To:** Morris, Theodore
**CC:** hamidfirooznia@aol.com; Jack S. Barufka (jack.barufka@pillsburylaw.com); Brij K.
Agarwal; David V. Radack; Mark A. Willard
**Subject:** Re: 500 Group / CONFIDENTIAL SETTLEMENT COMMUNICATION

Hi Ted
When do you expect to send back executed contracts ?
Thank you - Paolo

Sent from my phone

Paolo Tiramani
Founder

M   1 530 500 5000
O   1 530 500 0005

tiramani@500group.com
www.500group.com
www.supercarsystem.com

500 Group
500 W Putnam Ave
Greenwich CT 06830 USA

400 S 4th St
Las Vegas NV 89101 USA


On Mar 21, 2017, at 3:31 PM, Morris, Theodore <Ted.Morris@SBDInc.com> wrote:

Thank you Paolo – it took me a couple of days to confirm that we were okay with the
accountants with respect to this formulation, but my understanding is that we are good.

I may want to remove the words "for free" from the reference to the past alleged amounts
owed/interest. . . because in my mind, that undermines the consideration we are giving in return
for the release of all those past claims. (I recognize that it's not monetary consideration tied to
past damages, but it is all of the mutual covenants and obligations in this agreement, including
monetary consideration paid towards other "buckets".) I take it you would be okay with such a
tweak (removing that sentence in the payment provision essentially)?

Assuming that works, I think we can turn this documentation back to Jack and Mark to get it
cleaned up, you and I can have one more look, and then we can move on to signing and
payments. (I told Jack a while ago that it would be extremely difficult to ever do 5 days for
payment – for an amount like this, I need to get a bunch of signatures. Probably two weeks is



DEFENDANT'S
EXHIBIT
2
1-23-2020

STAN-0000210

safe.  We can work fast on this document though and once we're signed up, I will try to move along the payment faster than 2 weeks).

Many thanks Paolo

Best,

Ted

**From:** Paolo Tiramani [mailto:tiramani@500group.com]
**Sent:** Friday, March 17, 2017 6:22 PM
**To:** Morris, Theodore <Ted.Morris@SBDInc.com>
**Cc:** hamidfirooznia@aol.com; Jack S. Barufka (jack.barufka@pillsburylaw.com) <jack.barufka@pillsburylaw.com>
**Subject:** Re: 500 Group / CONFIDENTIAL SETTLEMENT COMMUNICATION

Thank you for your considered response.

Ted, I will do the deal based on your recommendation of 6 and 4 and Hamid's last modified draft using Jack's language [attached]

This would be pursuant to no significant changes, a swift signing and prompt distribution.
A quick response would be appreciated.

Have a good weekend - Paolo


Paolo Tiramani
Founder

M [00] 1 530 500 5000
O [00] 1 530 500 0005

**500 Group**
500 W Putnam Ave
Greenwich  CT  06830  USA

400 S 4th St
Las Vegas  NV  89101  USA

www.500Group.com
www.SupercarSystem.com

On Fri, Mar 17, 2017 at 1:57 PM, Morris, Theodore <Ted.Morris@sbdinc.com> wrote:

Dear Paolo:

Things are good -- busy, but good.  I hope you are well, too.

It sounds as though we're headed back to arbitration.

My recollection of our conversation is that you, indeed, were looking to characterize a portion of the settlement payment as long term capital gains.  I thought that was strange at the time, because what in the world would you be receiving a "gain" on?  When you said "subject to

STAN-0000211

my tax accountant's approval", I decided not to worry about it because I'd met Hamid, and felt confident he would be sensitive to the characterization of any payments made in this settlement, and would be unlikely to insist on a position that flew in the face of reality.

Your recollection of what I said regarding Stanley's requirements is less precise. What I said, in fact, was that I didn't have anywhere near $10MM in authority -- but that I would attempt to convince the business to pay that much in order to make a deal work, provided that I if I received additional settlement authority, I knew positively that the business was going to need to amortize ALL or a PORTION of the $10MM over a period of time (I said "4 or 5 years"; we're suggesting 10 now; but that doesn't seem to be relevant to this recitation of history.)

So to be clear, I will tell you now that I had maximum of $8MM in settlement authority when we met in New York (a portion of which would have had to be payment of future royalties as well). Consistent with my comments to you during our handshake meeting, I convinced our company to move up by $2MM in that authority, but ONLY with the proviso (expressed to you as my one, immutable condition) that we would be able to make a lump sum payment that could be amortized against future royalties. Please note that payment of royalties under the 1997 contract, into some indefinite point in the future, is EXACTLY what you are seeking in your arbitration complaint! So it's not some kooky, lawyer-created gimmick, concocted only to settle a case -- it's precisely what anyone settling THIS case would ask for.

In contrast, I never even considered the possibility, after our long meeting with your advisors and our private meeting, that (i) you would believe you could treat ALL of the $10MM as capital gain, or (ii) Hamid (or any other of your advisors) would tell you that would be a legally defensible way to handle the settlement payment under this settlement, emanating from this dispute. No responsible accountant or tax advisor could possibly look at this settlement and the facts of this case, and come to the conclusion that (i) it would be reasonable and defensible for someone to pay $10MM to purchase patents that were about to expire, and that had been proven worthless through prior litigation and "enforcement ambivalence" by the patent owner, or (ii) the entirety of the arbitration record (and many year history between 500 Group and Zag) regarding the claims 500 Group has asserted -- claims to contractual royalties on "Products" in perpetuity -- would somehow be ignored in the settlement agreement.

For you to take the position that what you meant, when we talked, was that you expected every penny of the $10MM to be treated as capital gains also flies in the face of what the alternative -- arbitration -- would yield. I know your lawyers and tax advisors have told you that even if you "ring the bell" at the arbitration, every penny of anything you are awarded for the past, and every penny of any declaration about what gets paid in the future, will presumably be treated as income -- not capital gains. In other words, it is a huge stretch to even concede in our draft agreement that 60% of the settlement funds will be designated for purchase of the patents (and allegedly past due amounts). It defies logic to insist on more than that, where the litigated scenario couldn't achieve any of it!

(The discussion of your lawyers taking a haircut, and only getting paid $1MM instead of whatever you agreed with them to pay assuming this case were arbitrated, is interesting but

irrelevant. Either they agreed or they didn't; apparently they did (as I would have, if I'd been your lawyer on a contingency case where I didn't have to try the case). Regardless, that doesn't change the fact that the total number was $10MM, and that that number was indisputably and openly conditioned upon a scenario where SBD could amortize all or a portion of it. And as said before, we only ended up asking for a minority portion of it to be amortized. . .)

Finally, I would note that your references to "rounding adjustments" and the fact that SBD is a big company in comparison to 500 Group are neither here nor there. SBD's separate groups and divisions often have their own P&L's, and they are responsible for demonstrating growth and appropriate margins in the course of their business. This settlement represents a massive "hit" to the Storage business, irrespective of the fact that SBD might be a huge company, and we evaluate the propriety of accepting such a "hit" based on the business group, not the financial wherewithal of Stanley Black & Decker.

It appears we are at an impasse. We are not settling without being able to amortize $4MM of the $10MM total against future royalties under an allegedly perpetual contract. Similarly, we're not paying more than $10MM to consummate a buyout of this contract. As we speak, I am going back to our accountants to re-attempt to convince them of a scenario whereby we refrain from attributing any of the $6MM portion to "past royalties and interest". . .but if you tell me that won't resolve our issue, I'll discontinue my efforts. Otherwise, I suppose we instruct Mark and Jack to re-start the arbitration and move forward with getting a declaration as to what the contract says, which products are "Products", and whether, in fact, the royalty obligation will end up being limited to the life of the patents.

Best personal regards,

Ted

**From:** Paolo Tiramani [mailto:tiramani@500group.com]
**Sent:** Sunday, March 12, 2017 12:46 PM
**To:** Morris, Theodore <Ted.Morris@SBDInc.com>
**Cc:** hamidfirooznia@aol.com
**Subject:** 500 Group

Ted,
How are you.
Due to the substantial changes to the terms of our private 'New York handshake' I can no longer accept the $10mm offer.

Two months will pass before such a payment might be made at the earliest, which is monetarily significant by itself. More importantly, this is not the deal you and I agreed to. To clarify from my side, our tentative agreement had 2 contingencies:

First, my Attorneys would accept a fee reduction in lieu of Arbitration. This would result in a significantly reduced payout for Stanley yet would still be minimally acceptable to me. All the benefit I negotiated from my own Team went to Stanley relative to the number we started with that day. I saw that as my task.

Secondly, this would be LTCG.  You had asked me whether a part payment for future Royalties would be acceptable and I stated [paraphrased]: yes, as long as its LTCG, paid in full and my tax specialist approves.  I am sure you recall this.  I appraised this as your task.

However we might arrive at this contractually, It was clear that this was the basis for my calculation of a net net rock-bottom figure that I would agree to on that day to walk away.

Since then I have been asked to accept a modification which effectively would result in a huge $800,000 reduction.  And after my very reluctant acceptance of this language, I have been asked to accept more modifications that would result in a further reduction amounting to an additional $200,000.
Both are now rejected as they are not concessions agreed to in New York.

However this might be compensated for, I believe it represents a rounding adjustment for Stanley.  At my smaller scale, you can imagine it is a large and unacceptable sum that breaches what was a minimal net figure agreed to almost two months ago.

I trust you can therefore understand, that barring an immediate resolution, this week I will re-start and pursue remedial action as swiftly as possible.

To review this further please call me directly.
Most sincerely - Paolo

Paolo Tiramani
Founder

M [00] 1 530 500 5000
O [00] 1 530 500 0005

**500 Group**
500 W Putnam Ave
Greenwich  CT  06830  USA

400 S 4th St
Las Vegas  NV  89101  USA

www.500Group.com
www.SupercarSystem.com

**From:** Fixler, Efrat [Efrat.Fixler@sbdinc.com]
**Sent:** Sunday, April 02, 2017 3:26 AM
**To:** Cortes, Sherlly; Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

Hi Sherlly,

Per discussion with Dean Albanesi, Bill Kovac, Ted Morris, Mike Vagnini and Siobhan Miller last Thursday, worst case scenario will probably be to keep in our budget $400K.
Total agreement with 500 Group is $10M. $6M for patent rights that we fully accrued and additional $4M for future 10 years of royalties, hence the $400K annually.

However, there are still open issues that Dean wants to check. I brought to his attention that it is important to have a final decision before Thursday for the FCST04 uploads, so hopefully we will have the final decision soon.


Regards,

Efrat Fixler



**From:** Fixler, Efrat
**Sent:** Thursday, March 30, 2017 6:19 PM
**To:** Cortes, Sherlly <Sherlly.Cortes@sbdinc.com>; Mucha, Stephen <Stephen.Mucha@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

The call will be later today. I will keep you posted


**From:** Cortes, Sherlly
**Sent:** Thursday, March 30, 2017 4:15 PM
**To:** Mucha, Stephen <Stephen.Mucha@sbdinc.com>; Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Ok, so what is the final word on the accrual?

Thanks,
Sherlly

**From:** Mucha, Stephen
**Sent:** Thursday, March 30, 2017 9:12 AM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Cc:** Cortes, Sherlly <Sherlly.Cortes@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest



DEFENDANT'S EXHIBIT
4
1-23-2020

STAN-0000031

OK, so you're all set.

Almost at the finish line with 500 Group!

---

**From:** Fixler, Efrat
**Sent:** Thursday, March 30, 2017 9:11 AM
**To:** Mucha, Stephen
**Cc:** Cortes, Sherlly
**Subject:** RE: 500 Group Royalty & Interest

Right.. it was after I asked you

Thanks,
Efrat

---

**From:** Mucha, Stephen
**Sent:** Thursday, March 30, 2017 4:10 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Cc:** Cortes, Sherlly <Sherlly.Cortes@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Hi Efrat,

I spoke with Dean Albanesi who said he and Ted Morris were going to speak with you regarding the accounting.

Regards,

Stephen

---

**From:** Fixler, Efrat
**Sent:** Wednesday, March 29, 2017 7:52 AM
**To:** Mucha, Stephen
**Cc:** Cortes, Sherlly
**Subject:** RE: 500 Group Royalty & Interest

Hi Stephen,

I hope you are well (away from us ZAG ☺ )

I can see that we have an almost signed agreement with a $10M buyout and I was hoping that you could guide us through the accounting issues there.
My main concern is my SG&A budget. Can or do I need to make any changes to FCST04?

Thanks,
Efrat

STAN-0000032

**From:** Mucha, Stephen
**Sent:** Tuesday, February 21, 2017 4:52 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Hi Efrat,

No change, the lawyers are finalizing the buyout/settlement contract. With Paolo you never know what may transpire

Regards,

Stephen

**From:** Fixler, Efrat
**Sent:** Tuesday, February 21, 2017 3:04 AM
**To:** Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

Hi Stephen,

Do you know if there's any progress in this matter?
I want to know if I will need to change anything on my forecasts.

Thanks,
Efrat

**From:** Fixler, Efrat
**Sent:** Sunday, February 12, 2017 7:01 PM
**To:** Mucha, Stephen <Stephen.Mucha@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Yes

**From:** Mucha, Stephen
**Sent:** Friday, February 10, 2017 11:55 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Hi Efrat,

I just want to confirm the Classes we deem liable and should be paying Royalty and Interest is  A, B, D, & Z?

Thanks,

Stephen

---

**From:** Fixler, Efrat
**Sent:** Thursday, February 09, 2017 10:17 AM
**To:** Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

Hi Stephen,

Please see attached an updated file with the final sales amount until December 31, 2016.
The Sum tab includes plain interest that we also summarized in the provision tracker.
In addition, in the provision tracker, you can find the compound interest on an annual basis, same as Dean wanted.

Do you have time to discuss today? Don't want it to be tomorrow...

Thanks,
Efrat

---

**From:** Fixler, Efrat
**Sent:** Wednesday, February 08, 2017 11:04 PM
**To:** Mucha, Stephen <Stephen.Mucha@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Ok. We will do both

---

**From:** Mucha, Stephen
**Sent:** Wednesday, February 08, 2017 11:03 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Hi Efrat,

Thanks for the update.  Even though it does not state as Compound Interest Dean may want to see the impact.  Would this take long for you to do?  Can you have someone on your team populate the compound interest?

Thanks,

Stephen

---

**From:** Fixler, Efrat
**Sent:** Wednesday, February 08, 2017 3:57 PM
**To:** Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

Hi Stephen,

I just remembered that we agreed not to calculate the interest as compound interest since it is not in the agreement.
It should be calculated as 1.5% on a monthly basis (rather than 18% annually) but not compound.

I will send the updated file tomorrow, but just wanted to lower "expectations" ☺


Thanks,
Efrat



**From:** Mucha, Stephen
**Sent:** Wednesday, February 08, 2017 8:30 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Ah thank you, does this have the new estimate for Tough System?

**From:** Fixler, Efrat
**Sent:** Wednesday, February 08, 2017 1:26 PM
**To:** Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

In the Sum tab, if you will open the grouping you can see all the details including the interest

**From:** Mucha, Stephen
**Sent:** Wednesday, February 08, 2017 6:56 PM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** RE: 500 Group Royalty & Interest

Hi Efrat,

I had difficulty opening the file, but now have it open.  Is there a tab that has the Interest impact or did I overlook/miss it?

Thanks,

Stephen

**From:** Fixler, Efrat
**Sent:** Wednesday, February 08, 2017 9:22 AM
**To:** Mucha, Stephen
**Subject:** RE: 500 Group Royalty & Interest

I think that this file will be the best to discuss
Do you agree?

**From:** Mucha, Stephen
**Sent:** Wednesday, February 08, 2017 12:46 AM
**To:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>
**Subject:** 500 Group Royalty & Interest

Hi Efrat,

I know you a file that has the latest Royalties owed by Grouping, does that also have Interest?

Want to make sure we have for our meeting tomorrow with Dean.

Thanks,

Stephen

STAN-0000036

**From:** Lital Borovsky [lital.borovsky@il.ey.com]
**Sent:** Wednesday, April 05, 2017 11:12 AM
**To:** Kovac, William
**CC:** Yossi Dangot; Fixler, Efrat; Mergi, Dalia; Amit Oring
**Subject:** RE: Agreement and Mutual Release: ZAG/500 Group Matter

Dear Bill,

Sorry for the delay in our answer.

The treatment for Israeli tax purposes-

1. Patent- according to the Israeli tax law if a company is considered as an "Industrial company" meaning that 90% of its income resulted from manufacturing activity, the company is entitled to amortize- 12.5% each year for the period of 8 years as of the tax year the company begin to use the patent.
   Since the IL company is considered as "Industrial company" you will be entitled for the above.

2. Royalties- as we understood from the agreement the royalties will be paid over 10 years meaning that each year you can deduct for tax purposes the royalty expense that you paid in the current year.
   However, we think the ITA might challenge the fact that you characterized the $4m as royalties since you already purchase the Patent.

3. ITA Approval for Withholding tax-
   We suggest that 500 group will achieve a WHT exemption from the ITA with respect to the payments.

   Best regards,
   Lital



**Lital Borovsky** | Senior Manager | Tax Department
Ey Israel
Kost Forer Gabbay & Kasierer, 3 Aminadav St., Tel Aviv 67067, Israel
Office: +972 3 563 9865 | Lital.Borovsky@il.ey.com
Website: http://www.ey.com

Question and Answer correspondence is preliminary in nature, does not constitute a tax opinion , is subject to further review of all relevant aspects and circumstances and cannot be relied upon for any purpose.  In order to perform a detailed review and issue an opinion, additional steps will be required.  If applicable, You should contact us and request this review  and a detailed written advice, and not rely solely on this e-mail.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.



DEFENDANT'S
EXHIBIT
5
7-23-2020

STAN-0000074

If you have received this communication in error, please notify us immediately by replying to the sender, and then delete the message from your system.

**From:** Kovac, William [mailto:William.Kovac@sbdinc.com]
**Sent:** Tuesday, March 28, 2017 6:13 PM
**To:** Amit Oring <amit.oring@il.ey.com>; Lital Borovsky <lital.borovsky@il.ey.com>
**Cc:** Fixler, Efrat <Efrat.Fixler@sbdinc.com>; Mergi, Dalia <Dalia.Mergi@sbdinc.com>
**Subject:** FW: Agreement and Mutual Release: ZAG/500 Group Matter
**Importance:** High

Amit / Lital,

Hi. Hope all is well. Can you please comment on the attached. Our Israeli entity will be making payment to the "500 Group" and as per the agreement the payment(s) will be characterized as a payment for patents and a payment for pre-paid royalties. Can you please tell me how these payments will be characterized / handled / accounted for, for Israeli tax purposes?

Thanks, Bill

**From:** Kovac, William
**Sent:** Tuesday, March 28, 2017 11:06 AM
**To:** Albanesi, Dean
**Subject:** FW: Agreement and Mutual Release: ZAG/500 Group Matter
**Importance:** High

Dean,

Hi – hope you're doing okay. Regarding the attached agreement between our Israeli co and the 500 Group to settle a dispute – the agreement states we are paying for patents and a prepayment on royalties. Can you tell me how this/these payments will be accounted for, that is, will our Israeli co debit patents and set up a prepaid royalty to be amortized over ten years?

Thanks, Bill

**From:** Miller, Siobhan
**Sent:** Tuesday, March 28, 2017 10:22 AM
**To:** Bartone, Michael <Mike.Bartone@sbdinc.com>
**Cc:** Morris, Theodore <Ted.Morris@SBDInc.com>
**Subject:** Agreement and Mutual Release: ZAG/500 Group Matter
**Importance:** High

Hi Mike,
I attach the Agreement and Mutual Release re the ZAG / Stanley Israel and 500 Group, Inc. matter. Could you sign as a Director of The Stanley Works Israel Ltd. and email your signature page back to Ted and me asap today?
(I attach the Data Sheet of SWI, in case you need to see it.)

I'll add your signature date and your name and title.
This settlement was approved by Don, Jocelyn, Jeff, and Internal Audit.
Thanks very much Mike,
Siobhan

Siobhan E. Miller
Senior Corporate Legal Specialist
Stanley Black & Decker, Inc.
701 E. Joppa Road
Mail Stop No. TW230
Towson, Maryland 21286
Phone:  410-716-3145
Email:  Siobhan.Miller@sbdinc.com

**StanleyBlack&Decker**

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. EY is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.