# **EXHIBIT 6**

**From:** Morris, Theodore [Ted.Morris@SBDInc.com]
**Sent:** Friday, April 21, 2017 10:17 AM
**To:** hamidfirooznia@aol.com
**CC:** tiramani@500group.com
**Subject:** Re: Payment timing

Hamid -- did you receive Efrat's email regarding the need for approvals in order to disburse money without withholding 25%? Can you please connect with her by phone or email to make sure everyone's doing what he/she needs to do to move the approval process as fast as possible?

I think we can disburse money now to deal with Paolo's current obligations - but as I understand it (and again, I'm NOT a tax guy and not immersed in these mechanics the way you and Efrat are) we'll have to disburse something like $2.67MM, and withhold 25% -- and then presumably you could chase a refund of a portion of the 25% from Israeli tax authorities.

Do you want us to do it that way?

Again, can you please connect with Efrat directly because she understands the mechanics and will be actually pressing the button on money disbursements ...

Thank you!

Best regards
Ted

On Apr 20, 2017, at 7:45 PM, "hamidfirooznia@aol.com" <hamidfirooznia@aol.com> wrote:

> Dear Ted.
>
> As you have indicated below all of us were expecting the $ 6.MM to be received not later than today.
> Paolo has signed various financial commitments (about $ 2. MM ) to be paid during next 2 weeks.
> The delay in the release of that portion of settlement would cause a major financial problem and
> huge loss to Paolo
> Although Paolo and I understand the reasons, but Paolo also has to resolve his financial issues.
> His immediate need is about $ 2.MM. The only solution that I can think of is as follow
>
> Stanley of US advances $ 2.MM to 500 Group, and at the same time Paolo will extend the contract
> and amend the payment instruction to include payment of $ 2.MM to Stanley Of US
> , 1..MM to is attorney



Plaintiff's
6/24/2020 JB
Hamid Firooznia
**Exhibit 7**

STAN-0000318

the 3.MM to 500 Group.

I appreciate to hear your thought or any other solution.

Thank you for your immediate attention
Best Regards
Hamid


-----Original Message-----
From: hamidfirooznia <hamidfirooznia@aol.com>
To: Ted.Morris <Ted.Morris@SBDInc.com>; tiramani <tiramani@500group.com>
Sent: Fri, Apr 14, 2017 12:59 pm
Subject: Re: Payment timing

Dear Ted

Thank you for the email.
Would you please have the $ 6.MM to be released as soon as possible.
I know E&Y was asked to expedite the process on the 4.MM.

Best Regards
Hamid


-----Original Message-----
From: Morris, Theodore <Ted.Morris@SBDInc.com>
To: Paolo Tiramani <tiramani@500group.com>; hamidfirooznia <hamidfirooznia@aol.com>
Sent: Fri, Apr 14, 2017 9:48 am
Subject: Payment timing

Paolo and Hamid -

I understand there's been a delay in getting the E&Y approval of a 15% withholding tax on the $4MM royalty payment -- apparently I did not foresee the Passover holiday falling within our 14 business day window (which currently takes us to the 20th). I didn't appreciate the Israeli tax withholding issue when we were putting payment windows in the agreement, or the chance that it might take a little longer to process that portion of our overall settlement as a result of a holiday.
My fault - I apologize to you guys for the oversight.

I'm writing to ask your approval for a delay of a couple of weeks (which is what I'm being told it will likely be) on that portion of the total payment. I am told we CAN process the $6MM portion ($5MM to 500 Group and $1MM to Eckert) sooner than 20th. Should we go ahead and do that, or would you want us to wait until the tax approval is received for the 15% and pay everything at once?

One other alternative is that we could pay everything by the 20th using the standard 25% withholding on the $4MM piece ... and then presumably 500 Group could get a refund of 10% after the fact (I guess - I don't really know these Israeli tax machinations). That seemed clumsier to me than simply waiting a couple of weeks longer for the $4MM royalty piece to receive the lower withholding approval.

Many thanks for your patience and consideration.

STAN-0000319

Best regards,

Ted

STAN-0000320

**From:** Morris, Theodore
**Sent:** Thursday, May 04, 2017 11:39 AM
**To:** Fixler, Efrat
**CC:** 'Paolo Tiramani'; Natasha X
**Subject:** FW: Ernst & Young Acknowledgment Leter
**Attachments:** International Acknowledgement and Consent letter_Conflicts Guidebook_March 2015.pdf

Hi Natasha –

Yes, we can sign, but I believe it needs to be someone there.

Efrat – could you get Myriam to sign (or frankly, you Efrat, could sign).

Once signed, please pdf it back to Natasha via email.

Many thanks all

Ted


**From:** Natasha Streitz [mailto:accounts@500group.com]
**Sent:** Thursday, May 04, 2017 11:12 AM
**To:** Morris, Theodore <Ted.Morris@SBDInc.com>
**Cc:** Paolo Tiramani <tiramani@500group.com>
**Subject:** Ernst & Young Acknowledgment Letter

Hi Ted,

Ernst & Young have sent me an acknowledgment letter that they have asked both parties to sign in regards to the services they are providing to Stanley & 500 Group. Would you, or whoever the appropriate party would be, sign the attached and send back to me.

Thank you!

Natasha Streitz
Project Coordinator

[00] 1 530 500 0005

500 Group
500 W Putnam Ave
Greenwich CT 06830 USA

www.500group.com



Plaintiff's
6/24/2020 JB
Hamid Firooznia
**Exhibit 19**

STAN-0000227

**From:** Paolo Tiramani [tiramani@500group.com]
**Sent:** Friday, June 02, 2017 12:01 PM
**To:** Morris, Theodore
**Subject:** Re: Confidential settlement communication

Ted.

Good morning!
You misunderstood my motivation. The press-draft was to provide something I incorrectly presumed would be acceptable to you, yet still meet my requirements. I miscalculated.
I don't see where I indicated this was anything other than a draft, that it was unmodifiable or that any hint of a quote would be attributable to you without permission, that is not the case.

I have no problem with a description of the far uglier truth and any subsequent rebuttal if you found our description not to your liking. More press would be great and I can proceed under those auspices if you wish. I have few confidentiality restrictions, a mountain of material and as you know, I'm persistent.

The truth is we created a sizable eternal new product category and have fought our own Licensee's blatant and admitted plagiarism pretty much ever since.
Nobody likes Goliath, it is newsworthy and it does make 500 Group look good.
On a technicality I don't think we had formal arbitration?

We'll proceed with an unvarnished unilateral release if you are sure that is what you want? If you think it wiser to collaborate please do draft something that is both acceptable to you and meets our goals.
I think this option is marginally better but as I mentioned in my prior email I am fine going either way.

Funds have arrived,
With thanks and personal regards - Paolo.

Paolo Tiramani
Founder

M [00] 1 530 500 5000
O [00] 1 530 500 0005

500 Group
400 S 4th St
Las Vegas NV 89101 USA

www.500Group.com
www.SupercarSystem.com

---------- Forwarded message ----------
From: **Morris, Theodore** <Ted.Morris@sbdinc.com>



Plaintiff's
6/24/2020 JB
Hamid Firooznia
**Exhibit 21**

STAN-0000241

Date: Thu, Jun 1, 2017 at 7:22 AM
Subject: Confidential settlement communication
To: Paolo Tiramani <tiramani@500group.com>

Hi Paolo – a couple of things.

I understand from Efrat that money is being paid as we speak! The withholdings are 15% on $4M, and 0% on the $1MM to the law firm and the other $5MM. I believe some of it is actually being paid today and the rest tomorrow.

On the press release, as I said previously, we don't want to use this settlement as a chance to broadcast the end of this relationship. I know you do. Frankly, I can't imagine why you'd want to talk about the RWS contract as any sort of transition piece or sales piece with respect to where 500 Group is headed. From our perspective this settlement is the culmination of a 20 year contract, the last 12-15 year of which have been contentious due to the fact that Stanley was saddled with a truly commercially awful contract entered into by an entity it acquired. Moreover, the "business" of RWS as carried on by 500 Group since 1997 has not been as an active participant in design or manufacturing or distribution – or even enforcement of patent rights. It's been a business of collecting royalties and wrangling with SBD over whether other monies are due, what products are covered under a contract or IP law, etc. In other words, the RWS "story" from 500 Group's perspective – after the invention and patenting of course – doesn't, in my mind, lend itself to being used as a "business success" story or as a "segue" to other active ventures that 500 Group might be engaged in. (I mean, it's not as though we just finished a 20 year construction project where we worked hand in hand and ended up with a finished product that you or we could tout to other potential business partners).

The truth is – and I think your press release needs to reflect the truth if you choose to do one – that we settled a long standing dispute over a contract entered into in 1997; that the dispute has carried on for many years culminating in an arbitration proceeding; that SBD considered 500 Group's position on the scope and breadth of the 1997 agreement to be unsupportable under the law or the language of the agreement; and that rather than continue to litigate and potentially end up with a revised contract that continued for several or many years, we opted to pay a large amount of money to "buy out" the contract and some patents with a very short life span.

I understand you have different feelings about RWS, but I suspect that you'd largely agree with me that whatever the import of RWS back in 1997, the vast majority of the business relationship over many years has been the payment and collection of royalties, and wrangling over what additional royalties might be due.

STAN-0000242

I recommend a dramatically toned down press release, if you are committed to issuing one. SBD does not wish to be quoted or have anything attributed to it regarding its relationship with 500 Group. We do not wish the amount of any settlement of this long-standing dispute to be referenced. Ultimately, we do not want to be a part of a press release that glamorizes or "sells" 500 Group, or this settlement, to the public or other potential business partners. That being said, I suspect you may wish to say things that we wouldn't wish to say. I recommend that you be truthful, not attribute statements to SBD, and not oversell the significance of this litigation settlement. I suppose if you are unwilling to modify your press release consistent with my comments and wishes, it is possible that my company may subsequently choose to issue its own release "setting the record straight". I hope that doesn't become necessary.

Please let your lawyers know the money is "on its way" and perhaps confirm for me when all of the money is received.

Best regards,

Ted

**From:** Paolo Tiramani [mailto:tiramani@500group.com]
**Sent:** Wednesday, May 31, 2017 3:22 PM
**To:** Morris, Theodore <Ted.Morris@SBDInc.com>
**Subject:** Re: 5G

Ted.

Circling back to a last piece of RWS business.

Attached is a short inert PR draft where everyone says nice things, I've presumed to draft a comment for SBD also.

I know SBD doesn't want to broadcast but there will be press irrespective of that desire and it is therefore probably best to manage it together.

We've lined up a whole bunch of interviews to talk about current ventures using the release as a segue, SBD is not the focus.

By doing a joint statement we're setting the script for what I will say in those interviews and that's no doubt a good thing !

I think this is a good positive way to close out the matter, I'd also be very pleased if you would be willing to provide the quote?

We can go either way, let me know.

Regarding payment we should hear from the ITA any day, hopefully Efrat's finger is hovering over the send button.

Best regards - Paolo

Paolo Tiramani

Founder

M [00] 1 530 500 5000

O [00] 1 530 500 0005

500 Group

400 S 4th St

Las Vegas NV 89101 USA

www.500Group.com

www.SupercarSystem.com

On Fri, Mar 31, 2017 at 1:00 PM, Morris, Theodore <Ted.Morris@sbdinc.com> wrote:

> Thank you Paolo - I'm glad we were able to finally come to a resolution that ended the wrangling between our companies... with both our integrity intact!
>
> Thank you re: the EU mark. I'll let the IP guys know.
>
> I'd be happy to look over language for a press release - as you say, I'm not sure SBD is looking to broadly publicize too much about the end of our relationship, but let's see what you come up with.
>
> Thanks to Hamid, too, for his thoughtful assistance with this settlement.
>
> Have a good weekend!
>
> Regards
>
> Ted
>
>> On Mar 31, 2017, at 3:13 PM, Paolo Tiramani <tiramani@500group.com> wrote:
>>
>> Hi Ted
>>
>> The agreements have been executed.
>>
>> I want to thank you personally for the great integrity you've demonstrated throughout, it has been much appreciated.
>>
>> Housekeeping:
>>
>> You may be aware I own the active EU mark for Rolling Workshop.

STAN-0000245

I am willing to assign this to SBD at no charge. The U.S mark has lapsed but I believe you can probably pick it up.

EU mark No: 0770354 application: 000770354

A short press relief may be mutually beneficial with agreed upon language, more useful for me than you frankly. If you are agreeable I will forward some language.

Best regards - Paolo

Paolo Tiramani

Founder

M [00] 1 530 500 5000

O [00] 1 530 500 0005

500 Group

500 W Putnam Ave

Greenwich CT 06830 USA

400 S 4th St

Las Vegas NV 89101 USA

www.500Group.com

www.SupercarSystem.com